UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

CASE NO: 2:22-cv-00344-MHH

vs.

GIOVANNIS PIZZA LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Comes now Plaintiff, Melissa Fendley, by and through undersigned counsel, and advises the Court that the parties have reach reached a settlement of all disputed issues and are in the process of circulating settlement documents for execution. The plaintiff anticipates filing a notice of voluntary dismissal with prejudice with the Court within the next 30 days, upon consummation of the settlement agreement.

Dated this 2nd day of June, 2022

    Respectfully submitted,

    By: */s/ Edward I. Zwilling*
        Edward I. Zwilling, Esq.
        AL Bar No.: ASB-1564-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242

1

Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on June 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant. A copy has also been emailed to Brett King, Esq, counsel for Defendant at southblount@gmail.com.

            *s/ Edward I. Zwilling*
            **OF COUNSEL**